UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JONATHAN KEITH SELF, Plaintiff, | ) ) ) ) ) |
| v. | ) Civil Action No. 5:23-cv-00054 ) |
| MARTIN O'MALLEY, Commissioner of Social Security, Defendant | ) ) ) ) ) |

ORDER

The court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), it is further **ORDERED** that final judgment is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

Entered: January 19, 2024

Michael F. Urbanski
Chief U.S. District Judge
2024.01.19 17:43:20
-05'00'

_____
Michael F. Urbanski
Chief United States District Judge